# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281-1047
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3439
cwittmanntodd@JonesDay.com

November 1, 2016



**VIA HAND DELIVERY**

Vito Genna
Clerk of Court
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: *In re MF Global Holdings, Ltd.*, No. 11-15059 (MG) (Bankr. S.D.N.Y.)
*MF Global Holdings, Ltd. v. Allied World Assurance Company Ltd. et al*, Adv. Proc. No. 16-01251 (MG) (Bankr. S.D.N.Y.)

Dear Vito Genna, Clerk of Court:

We represent MF Global Holdings, Ltd. and MF Global Assigned Assets LLC (the "Plaintiffs") in the above-captioned adversary proceeding. Federal Rule of Bankruptcy Procedure 7004(a)(1) incorporates Rule 4 of the Federal Rules of Civil Procedure, with certain exceptions not applicable here. Rule 4(h)(2) permits, in relevant part, a corporation to be served "at a place not within any judicial district of the United States, in any manner prescribed by Rule 4(f) for serving an individual."[1] Rule 4(f)(2)(c)(ii) in turn service on someone "in a foreign country . . . using any form of mail that the clerk addresses and sends to the [corporation] and that requires a signed receipt."

Accordingly, pursuant to Rule 4(f)(2)(c)(ii), the Plaintiffs request that the Clerk send the following documents to the Bermuda addresses listed on <u>Appendix A</u> to this letter:

1. "Adversary Complaint for Declaratory Judgment and Breach of Contract Against Dissenting E&O Insurers" [Docket No. 1] and

2. "Summons and Notice of Pretrial Conference in an Adversary Proceeding" [Docket No. 2].

---

[1] The Plaintiffs believe that they have already properly served the defendants in this adversary proceeding in accordance with Rule 4(f)(1). However, out of an abundance of caution, the Plaintiffs also request the Clerk to provide service as described herein.

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES
MADRID • MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Clerk of the Court
November 1, 2016
Page 2

      Enclosed with this letter are unsealed DHL envelopes, which are a "form of mail . . . that require[] a signed receipt," containing copies of the Summons and Complaint addressed to each party listed on Appendix A.

Very truly yours,

Charles S. Wittmann-Todd

**JONES DAY**

Clerk of the Court
November 1, 2016
Page 3

## Appendix A

Allied World Assurance Company Ltd.
Attn: Mike McCrimmon
Senior Vice President, North American Property &
Bermuda Branch Manager
27 Richmond Rd.
Pembroke HM 08
Bermuda

Allied World Assurance Company Ltd.
Attn: General Counsel
27 Richmond Rd.
Pembroke HM 08
Bermuda

Iron-Starr Excess Agency Ltd.
Attn: Larry Engrissei
Senior Vice President, Claims Manager
141 Front Street, Fl 7
Hamilton, HM 19
Bermuda

Ironshore Insurance Ltd.
Attn: General Counsel
141 Front Street 7th Floor
Hamilton HM19,
Bermuda

Starr Insurance & Reinsurance Limited
Attn: General Counsel
19 Par-la-Ville Road 5th Floor
Hamilton HM 11,
Bermuda

Starr Insurance & Reinsurance Limited
Attn: James Dowd
Chief Underwriting Officer
Bermuda Commercial Bank Building
19 Par-la-Ville Road, 5th Floor
Hamilton, Bermuda

Allied World Assurance Company Ltd.
Attn: Faye Cook
Senior Vice President, Marketing and Communications
27 Richmond Rd.
Pembroke HM 08
Bermuda

Iron-Starr Excess Agency Ltd.
Attn: Mitchell Blaser
Chief Executive Officer
141 Front Street
Hamilton, HM 19
Bermuda

Iron-Starr Excess Agency Ltd.
Attn: General Counsel
141 Front Street
Hamilton, HM 19
Bermuda

Ironshore Insurance Ltd.
Attn: Mitchell E. Blaser
Chief Executive Officer
141 Front Street
Hamilton, HM19
Bermuda

Starr Insurance & Reinsurance Limited
Attn: Charles Dangelo
Vice Chairman
Bermuda Commercial Bank Building
19 Par-la-Ville Road, 5th Floor
Hamilton, Bermuda