**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MF GLOBAL HOLDINGS LTD., *et al.,*<br><br>Debtors. | Case No. 11-15059 (MG)<br><br>(Jointly Administered) |
| MF GLOBAL HOLDINGS LTD., as PLAN ADMINISTRATOR, and MF GLOBAL ASSIGNED ASSETS LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>ALLIED WORLD ASSURANCE COMPANY LTD., IRON-STARR EXCESS AGENCY LTD., STARR INSURANCE & REINSURANCE LIMITED, and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Adv. Pro. Case No. 16-01251 (MG) |

**ORDER TO SHOW CAUSE WHY ALLIED WORLD ASSURANCE COMPANY LTD., IRON-STARR EXCESS AGENCY LTD., AND STARR INSURANCE & REINSURANCE LIMITED SHOULD NOT BE HELD IN CONTEMPT**

On August 10, 2016, this Court entered an Order restraining and enjoining certain parties, including any "Dissenting Insurer," as defined in the Order, from "commencing, prosecuting, or asserting any claims . . . arising out of or related to the MF Global Actions . . . against any Party [defined to include the MFG Plaintiffs]." (*See* MF Global Holdings Ltd., No. 11-15059 (MG), ECF Doc. ## 2282, 2284.) On October 27, 2016 the Plaintiffs in this adversary proceeding filed their complaint in this Court against Allied World Assurance Company Ltd., Iron-Starr Excess Agency Ltd., and Starr Insurance & Reinsurance Limited (together, the "Bermuda Insurers"). On November 8, 2016, each of defendants Allied World Assurance Company Ltd., Iron-Starr Excess Agency Ltd., and

1

Starr Insurance & Reinsurance Limited (together, the "Bermuda Insurers") commenced actions in the Supreme Court of Bermuda, Civil Jurisdiction (Commercial Court) against the Plaintiffs in this adversary proceeding and obtained *ex parte* anti-suit injunctions prohibiting the Plaintiffs from commencing or prosecuting litigation in the United States against the Bermuda Insurers.  Before filing their actions in Bermuda and obtaining the anti-suit injunctions, the Bermuda Insurers did not seek relief from this Court from the injunction entered on August 10, 2016.

**NOW, THEREFORE,** Allied World Assurance Company Ltd., Iron-Starr Excess Agency Ltd., and Starr Insurance & Reinsurance Limited shall show cause, at a hearing to be held at 2:00 p.m., December 14, 2016, in Courtroom 523 of the United States Bankruptcy Court, why they should not be held in contempt of court for violating the injunction entered by this Court on August 10, 2016.  The Bermuda Insurers shall file any response or opposition to this order to show cause on or before 5:00 pm. (New York time), December 7, 2016.  Failure to respond to this Order, and to appear at the December 14, 2016, hearing shall result in the imposition of sanctions.

The pre-trial conference previously scheduled in this adversary proceeding for December 7, 2016 is adjourned *sine die*.

Counsel for the Plaintiffs shall promptly serve a copy of this Order on all parties to this action, and shall file a certificate of service

**IT IS SO ORDERED.**

Dated:    November 22, 2016
         New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge

2