**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MF GLOBAL HOLDINGS LTD., *et al.*,<br><br>                                  Debtors.[1] | Chapter 11<br>Case No. 11-15059 (MG)<br>(Jointly Administered) |
| MF GLOBAL HOLDINGS LTD., as Plan Administrator, and MF GLOBAL ASSIGNED ASSETS LLC,<br><br>                                  Plaintiffs,<br><br>                -against-<br><br>ALLIED WORLD ASSURANCE COMPANY LTD., IRON-STARR EXCESS AGENCY LTD., IRONSHORE INSURANCE LTD., STARR INSURANCE & REINSURANCE LIMITED., and FEDERAL INSURANCE COMPANY,<br><br>                                  Defendants. | Adv. Proc. No. 16-01251 (MG) |

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Daniel Slifkin, of the law firm Cravath, Swaine & Moore LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendant Allied World Assurance Company Ltd. in the above-captioned matter, and requests that all papers in this action be served upon him at the address indicated below.

---

[1] The debtors in the chapter 11 cases (the "Chapter 11 Cases") are MF Global Holdings Ltd.; MF Global Finance USA Inc.; MF Global Capital LLC; MF Global Market Services LLC; MF Global FX Clear LLC; and MF Global Holdings USA Inc. The Court entered an order of final decree closing the chapter 11 cases of MF Global Capital LLC, MF Global FX Clear LLC, and MF Global Market Services LLC on February 11, 2016.

Dated:   January 20, 2017                Respectfully Submitted,
         New York, New York

                                         CRAVATH, SWAINE & MOORE LLP,

                                         by

                                                   /s/ Daniel Slifkin
                                         _____
                                                   Daniel Slifkin
                                                 A Member of the Firm

                                         Worldwide Plaza
                                           825 Eighth Avenue
                                           New York, NY 10019
                                             (212) 474-1000
                                           dslifkin@cravath.com